GAS 245D      (Rev. 09/11) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
Southern District of Georgia
Savannah Division

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For Revocation of Probation or Supervised Release) |
| Maurice Anthony Gordon | ) | |
| | ) | Case Number:   4:99CR00153-2 |
| | ) | USM Number:   10198-021 |
| | ) | Laura G. Hastay |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of a mandatory condition of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of this offense:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | The defendant committed another federal, state, or local crime (mandatory condition). | June 2, 2010 |

The defendant is sentenced as provided in Page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant is discharged as to Violations 2 and 3.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 8254

Defendant's Year of Birth:  1974

City and State of Defendant's Residence:

Savannah, Georgia

July 14, 2020
Date of Imposition of Judgment

Signature of Judge

William T. Moore, Jr.
Judge, U.S. District Court
Name and Title of Judge

July 16, 2020
Date

GAS 245D        (Rev. 09/11) Judgment in a Criminal Case for Revocations

Judgment— Page 2 of 2

DEFENDANT: Maurice Anthony Gordon
CASE NUMBER: 4:99CR00153-2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>30 months.</u>

☒ The Court makes the following recommendations to the Bureau of Prisons:
It is recommended that the defendant receive credit for all time served since he was taken into federal custody on June 6, 2020.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL